UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-22277-UU

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, P.A.,

    Plaintiff,
v.

M/Y BLUEOCEAN, *et al*.,
    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On August 9, 2018, Plaintiff amended its complaint to add Defendant Cesar Omana. D.E. 23. As of August 28, 2018, Plaintiff has not filed a verified return of service for Defendant Cesar Omana, nor otherwise apprised the Court as to her efforts in effecting service on Defendant Cesar Omana. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff shall show cause in writing as to her its efforts in effecting service on Defendant Cesar Omana by **Tuesday September 4, 2018**. **FAILURE TO RESPOND TO THIS ORDER MAY RESULT IN DISMISSAL OF PLAINTIFF'S CLAIM AGAINST DEFENDANT CESAR OMANA WITHOUT FURTHER NOTICE.**

DONE AND ORDERED in Chambers at Miami, Florida, this \_28th\_\_ day of August, 2018.

*[signature: Ursula Ungaro]*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record